IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              4:05cv98-RH/WCS

ESTATE OF JOHN D. HILTON;
DAVID HILTON;
DONNA HILTON ARNOLD; and
WILLIAM B. TAYLOR, IV,
a/k/a Bill B. Taylor,

    Defendants.
_____/

**ORDER SETTING SUMMARY JUDGMENT ADVISEMENT DATE
AND DEFERRING ENTRY OF DEFAULT JUDGMENT**

    The government has moved for summary judgment against defendant William B. Taylor, IV, and for default judgment against the remaining defendants. In accordance with Local Rule 7.1(C), Mr. Taylor's response was due August 21, 2005. Mr. Taylor has not responded.

    Under Local Rule 56.1 and the Initial Scheduling Order, the motion for summary judgment was to be taken under advisement on August 25, 2005, and a ruling could have been entered based on the record compiled as of that date, without a hearing. In order to eliminate any issue concerning whether the Local

Rule and Initial Scheduling Order provide adequate notice, this order provides notice that the motion for summary judgment will now be taken under advisement on September 14, 2005, and a ruling may be entered based on the record compiled as of that date, without a hearing. *See Milburn v. United States*, 734 F.2d 762, 765 (11th Cir.1984) (allowing adjudication of motion for summary judgment without a hearing with 10 days' notice of date motion will be taken under advisement).

In accordance with the order entered August 15, 2005 (document 21), and in recognition of the pendency of state foreclosure proceedings initiated by Mr. Taylor that may result in payment of the government's claim and thus obviate the need for a foreclosure sale in this action, no foreclosure sale will be ordered in this court unless and until the government files a separate request that this matter proceed to final disposition.

For these reasons,

IT IS ORDERED:

1. The government's motion for summary judgment against defendant William B. Taylor, IV (document 18) will be taken under advisement on September 14, 2005.

2. The government's motion for default judgment against the remaining defendants (document 18) is GRANTED.

    3. No judgment will be entered, and no foreclosure sale will be ordered in this court, unless and until the government files a separate request that this matter proceed to final disposition.

    SO ORDERED this 26th day of August, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge